

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-09-00437-CR

Trial Court Cause
Number:     1198372

Style:     Gerald Hayes

    **v** The State of Texas

Date motion filed[*]:     January 22, 2013

Type of motion:     "Motion for Court to Take Judicial Notice"

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

    ☐  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Sherry Radack
        ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: February 7, 2013_____